IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EUGENE THEER,

    Plaintiff,

vs.

BNSF RAILWAY COMPANY, a Foreign Corporation;

    Defendant.

4:15CV3148

**ORDER**

As requested in the parties' motion, (filing no. 21), which is hereby granted, and the final progression order is amended as follows:

1) The deadline for moving to amend pleadings or add parties is July 29, 2016

2) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is October 31, 2016. Motions to compel Rule 33 through 36 discovery must be filed by November 7, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    August 29, 2016.

    For the defendant(s):    September 27, 2016.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    September 27, 2016.

    For the defendant(s):    October 31, 2016.

5) The deposition deadline is November 30, 2016.

6) The deadline for filing motions to dismiss and motions for summary judgment is December 9, 2016. [1]

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 9, 2016.

May 26, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.