IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE THEER, JEANETTE THEER, AND JASON THEER,<br><br>            Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Foreign Corporation;<br><br>            Defendant. | 4:15CV3148<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Any motion to compel Defendant's production of the topographical survey conducted by Defendant's expert on August 10, 2016 shall be filed on or before December 15, 2016.

2) Any response shall be filed within seven days thereafter.

3) No reply shall be filed absent leave of the court for good cause shown.

4) Any motion and response filed in accordance with this order shall address both of the following issues:

    a) whether the topographical survey must be disclosed as part of Defendant's expert disclosure obligations under Rule 26(a)(2)(B)(ii-iii), and

    b) whether Defendant's failure to disclose the topographical survey before the rebuttal expert deadline provides a basis for finding good cause to permit Plaintiff's untimely disclosure of a rebuttal expert.

December 8, 2016.
                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge