IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE THEER and JEANETTE THEER d/b/a LINCOLN TURF FARMS and JASON THEER, | ) ) ) ) | 4:15CV3148 |
| Plaintiffs, | ) ) | JUDGMENT |
| v. | ) ) | |
| BNSF RAILWAY COMPANY, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' joint stipulation (filing 71) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs.

DATED this 21st day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge